IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                    ) | |
|       Plaintiff,           ) | |
|                                    ) | |
| v.                                 ) | NO. 99-CR-30237 -WDS |
|                                    ) | |
| DARRELL IVAN BOLDEN, JR,           ) | |
| a/k/a "Yusuf A. El,"               ) | |
| BOP #05048-025,                    ) | |
|                                    ) | |
|       Defendant.          ) | |

# O R D E R

**STIEHL, District Judge:**

      Before the Court are defendant's pro se motion for the record to be dismissed (Doc. 79) and an affidavit (Doc. 80) in which he disclaims, once again, that he is subject to United States law because he has "Natural Moorish Birthrights." The Court has previously denied defendant's motions to dismiss (See, Orders at Doc. 73, 76 & 78) which challenged this Court's jurisdiction. The defendant Darrell I. Bolden, who now identifies himself as Yusuf A. El, continues to assert that this Court is without jurisdiction to hear the pending matter, the supervised release revocation, now claiming that his father and mother improperly accepted United States documents, including his social security identity number and his birth certificate without his knowledge.

      This Court need not belabor this point. The Court has jurisdiction to hear the Supervised Release revocation once the defendant is returned to this district. The Court will no longer entertain these frivolous jurisdictional motions based on defendant's claims of Moorish identity, and any such future motions will be summarily denied.

      Accordingly, the Court **FINDS** that the defendant's motion and affidavit are wholly

without merit and they are **DENIED** on all grounds raised.

**IT IS SO ORDERED.**

**DATE: <u>1 July, 2013</u>**

                                          /s/   WILLIAM D. STIEHL
                                                  **DISTRICT JUDGE**