IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.  No. 99-30237-DRH

DARRELL IVAN BOLDEN, JR.

Defendant.

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is a letter from defendant which the Court construes as a motion to dismiss (Doc. 84). His pleading refers to the pending motion for revocation of supervised release (Doc. 68). The Court **DENIES** the motion. On October 4, 2012, the Court issued a warrant for the arrest of Bolden, who was at that time under supervision. The warrant was based on his alleged violations of the terms of his supervised release for committing two offenses of bank robbery, on August 12, 2012 and September 4, 2012. According to the record, defendant is currently detained on charges related to those offenses and a detainer for this Court is pending. Thus, defendant's motion is without merit. The Court has jurisdiction to review and determine the petition for revocation of supervised release once the defendant is returned to this judicial district.

**IT IS SO ORDERED.**

Signed this 27th day of June, 2014.

Digitally signed by
David R. Herndon
Date: 2014.06.27
16:11:10 -05'00'

Chief Judge
United States District Court